# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Humberto CHAVARRIA Cervantes,<br><br>Defendant. | Case No.: 25mj4360<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C. §§ 111(a)(1), (b)<br>Assaulting, Resisting, or Impeding a Federal Officer<br>(Felony) |
|---|---|

The undersigned complainant being duly sworn states:

On or about August 11, 2025, within the Southern District of California, defendant Humberto CHAVARRIA Cervantes did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security, United States Customs and Border Protection Watch Commander R.L., such acts involving a deadly or dangerous weapon, to wit: defendant drove a vehicle towards R.L., while he was engaged in the performance of his official duties at the Otay Mesa Port of Entry; in violation of Title 18, United States Code, Sections 111(a)(1), (b), a felony.

//

//

//

//

//

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Pablo Rojas Rojas
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 12th day of August 2025.

_____
Hon. Valerie E. Torres
United States Magistrate Judge

# STATEMENT OF FACTS

On August 11, 2025, at approximately 9:10 p.m., Humberto CHAVARRIA Cervantes (CHAVARRIA), a United States citizen, applied for entry into the United States from Mexico through the Otay Mesa Port of Entry (POE) in vehicle lane #4. CHAVARRIA was the driver, sole occupant, and registered owner of a 2017 Mercedes C300 (the vehicle), bearing California license plates.

A Customs and Border Protection Officer (CBPO) conducting pre-primary inspections received two negative customs declarations from CHAVARRIA. CHAVARRIA stated that he was crossing the border to go to Los Angeles, California. The CBPO noticed a large knife laying on the front-passenger floorboard, as well as unusually high-density readings from their XPOSE density reader when scanning the dashboard of the vehicle and instructed the primary officer to refer the vehicle and CHAVARRIA to secondary inspection.

Once in the vehicle secondary inspection lot, CHAVARRIA drove his vehicle twice through the Z-Portal X-Ray machine. After driving through the machine the second time, CHAVARRIA immediately turned, at a high rate of speed, towards the inspection area's northbound exit, attempting to abscond. After an unaffiliated vehicle blocked the northbound exit, CHAVARRIA turned abruptly and sped towards the opposing side of the inspection area, heading southbound to Mexico.

1

Multiple CBPOs commanded that CHAVARRIA stop, but he ignored their commands. Instead, CHAVARRIA accelerated. Then, CBP Watch Commander R.L. drew his agency-issued weapon, simultaneously yelling to CHAVARRIA to stop his vehicle. CHAVARRIA continued to drive erratically, and at a high rate of speed, directly toward the commander, who was forced to fire at least two shots towards the front windshield of CHAVARRIA's vehicle. Despite the commander's discharges and subsequent evasion, CHAVARRIA continued to abscond, this time making another U-turn to return to the northbound exit. Other officers were similarly forced to dodge CHAVARRIA's speeding vehicle, while simultaneously drawing and discharging their own agency-issued weapons, in an attempt to subdue CHAVARRIA and/or his vehicle. Soon thereafter, the vehicle hit the area's metal barriers and came to a stop behind a line of other unaffiliated vehicles. CHAVARRIA exited the vehicle with his hands raised and surrendered.

CHAVARRIA was placed under arrest at approximately 5:20 a.m. on August 12, 2025.

During a post-*Miranda* interview, CHAVARRIA acknowledged that he was in the United States, at the Otay Mesa Port of Entry, and that there were federal officers guiding him through the Z-Portal. CHAVARRIA also admitted his intent to abscond from the inspection area, as well as his knowledge of officers located in the

path of travel of his vehicle. CHAVARRIA, however, maintained that he did not intend to hit any responding officer, but rather, that he was trying to escape from the inspection area.

CHAVARRIA was charged with a violation of Title 18, United States Code, Sections 111(a)(1), (b), Assault of a Federal Officer.

3