ADAM GORDON  
United States Attorney  
HENRY F. B. BESHAR  
District of Columbia Bar No. 90007286  
Assistant United States Attorney  
United States Attorney's Office  
880 Front Street, Room 6293  
San Diego, California 92101  
(619) 546-9713  
Henry.Beshar@usdoj.gov  

Attorneys for Plaintiff  
UNITED STATES OF AMERICA  

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  HUMBERTO CHAVARRIA CERVANTES,  Defendant. | Case No.: 25-MJ-4360-VET  **UNITED STATES' MOTION TO DISMISS THE COMPLAINT WITHOUT PREJUDICE**  The Hon. Valerie E. Torres |

Per Fed. R. Crim. P. 48(a), the United States moves to dismiss the Complaint (ECF No. 1, at 1–5) against Defendant without prejudice. The United States seeks leave of Court to dismiss the charges because it has determined that dismissal is warranted in the interests of justice, based on information that has caused re-evaluation of this prosecution. The United States, thus, requests that the above-mentioned Complaint be dismissed without prejudice.

Dated: September 3, 2025            Respectfully submitted,

ADAM GORDON  
United States Attorney  

*/s/ Henry F. B. Beshar*  
HENRY F. B. BESHAR  
Assistant United States Attorney