UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUMBERTO CHAVARRIA CERVANTES,<br><br>Defendant. | Case No.: 25-mj-04360-VET<br><br>**ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE COMPLAINT**<br><br>**[Doc. No. 18]**<br><br>Hon. Valerie E. Torres |

**GOOD CAUSE APPEARING**, the Court **GRANTS** the United States' Motion to Dismiss the Complaint without prejudice. Doc. No. 18. The Complaint (Doc. No. 1) is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Date: September 3, 2025

_____
Hon. Valerie E. Torres
United States Magistrate Judge