# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 25-mj-04360-VET |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Humberto Chavarria Cervantes | Booking No. 27539506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  9/04/2025
the Court entered the following order:

[X] Defendant be released from custody.

[ ] Defendant placed on supervised / unsupervised probation / supervised release.

[ ] Defendant continued on supervised / unsupervised probation / supervised release.

[ ] Defendant released on _____ Bond posted.

[ ] Defendant appeared in Court. FINGERPRINT & RELEASE.

[ ] Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

[ ] Defendant sentenced to TIME SERVED, supervised release for   -   years.

[ ] Bench Warrant Recalled.

[ ] Defendant forfeited collateral.

[X] Case dismissed.

[ ] Case dismissed, charges pending in case no.

[ ] Defendant to be release to Pretrial Services for electronic monitoring.

[ ] Other.

VALERIE E. TORRES
UNITED STATES DISTRICT/MAGISTRATE JUDGE
OR
JOHN MORRILL, Clerk of Court
by  C. Lopez