**Outlook**

## Read: 25-mj-04360-VET Abstract for Humberto Chavarria Cervantes

**From** Garcia, ▮▮▮▮ (USMS) <▮▮▮▮▮▮▮▮▮▮▮▮>
on behalf of
CAS Releases <▮▮▮▮▮▮▮▮▮▮>
**Date** Thu 9/4/2025 10:32 AM
**To** ▮▮▮▮ Lopez-Gordon <▮▮▮▮▮▮▮▮▮▮▮▮>

📎 1 attachment (84 KB)
Read: 25-mj-04360-VET Abstract for Humberto Chavarria Cervantes;

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.